■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL NESMITH, Appellant.—Judgment, Supreme Court, New York County (Jacqueline Silbermann, J.), rendered on May 8, 1986, unanimously affirmed.

Application, by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Milonas, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD MORRIS, Appellant.—Judgment, Supreme Court, Bronx County (Irving Lang, J.), rendered on April 13, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Wallach, JJ.